# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**MICHAEL A. BRUZZONE – VEXATIOUS LITIGANT,**

v.

**INTEL CORPORATION,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **2:21–CV–01539–TLN–CKD**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 1/11/2022**

**Keith Holland**
Clerk of Court

ENTERED: **January 11, 2022**

by: /s/ H. Huang
Deputy Clerk