UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. BRUZZONE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTEL CORPORATION,<br><br>　　　　Defendant. | No. 2:21-cv-1539-TLN-CKD<br><br><br>**ORDER** |

　　　　Plaintiff proceeds in this action pro se.  This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302.

　　　　On December 6, 2024, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 36.)  Plaintiff filed objections to the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a review of this case.  Having carefully reviewed this matter, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

　　　　Accordingly, IT IS HEREBY ORDERED:

　　　　1.  The findings and recommendations filed November 15, 2021 (ECF No. 36) are
　　　　　　ADOPTED IN FULL;

1

2. Plaintiff's motion to vacate the vexatious litigant order (ECF No. 29) is DENIED.

Date: January 7, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE